

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

HILLARY M. DRISCOLL,
                        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
                        Defendant.

Case No. 3:19-cv-00736-BEN-LL

## PRO HAC VICE APPLICATION

HILLARY M. DRISCOLL
Party Represented

I, __Taxiarchis Hatzidimitriadis__ hereby petition the above entitled court to permit me
     (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Sulaiman Law Group, Ltd.
Street address: 2500 S. Highland Avenue, Suite 200
City, State, ZIP: Lombard, IL 60148
Phone number: (630) 575-8181
Email: thatz@sulaimanlaw.com

That on __5/7/2015__ I was admitted to practice before __Illinois State Bar__
     (Date)                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [X] have) [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: Benjamin et. al. v. Navy Federal Credit Union
Case Number: 3:19-cv-00397-BAS-RBB     Date of Application: 3/13/2019
Application: [X] Granted    [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

                                                                (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Nicholas M. Wajda                                               (619) 649-2492
(Name)                                                                   (Telephone)

Wajda Law Group, APC
(Firm)

3111 Camino Del Rio North, Suite 400           San Diego           92108
(Street)                                                     (City)               (Zip code)

                                                         (Signature of Applicant)

I hereby consent to the above designation.

                                                       (Signature of Designee Attorney)